Airene Williamson, Esq.
Nevada State Bar # 11594
California State Bar # 277101
WILLIAMSON LAW OFFICE, PLLC
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 851-1191
Fax: (702) 851-1191
awilliamson@wlawoffice.com
*Attorneys for Plaintiff*



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lawrence Rabidou, an individual**<br><br>Plaintiff,<br><br>vs.<br><br>**Wachovia Corporation f/k/a World Savings Bank, FSB; and Wells Fargo Bank, National Association**<br><br>Defendants. | **Case No.** 5:14-CV-03684-PSG<br><br>**NOTICE TO APPEAR TELEPHONICALLY** |

Comes Now, Williamson Law Office, PLLC ("WLO") hereby requests that the court allow Williamson Law Office to appear telephonically at the Motion to Dismiss and Case Management Conference on October 29, 2014.

…

1

**NOTICE TO APPEAR TELEPHONICALLY**

1  To the extent that the Court does not object, WLO hereby requests from the Court to allow
2 Williamson Law Office to appear at the hearing telephonically.  This request is made in the interest
3 of efficiency.

DATED: October _21, 2014.        WILLIAMSON LAW OFFICE, PLLC


By:*/s/ Airene Williamson*
    Airene Williamson, Esq.
    California State Bar # 277101
    Nevada State Bar # 11594

2

**NOTICE TO APPEAR TELEPHONICALLY**

**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing document was served on the following Via ECF on this 21st day of October, 2014.

LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: 415-318-8810
Facsimile: 415-676-5816
<u>Attorneys for Defendants</u>
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER WITH WELLS FARGO BANK SOUTHWEST N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK FSB

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Las Vegas, Nevada on October 21, 2014.

*/s/ Emma Gonzales*
Emma Gonzales

**NOTICE TO APPEAR TELEPHONICALLY**